IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN DEXTER BROOKS,

    Plaintiff,                     No. CIV S-06-2766 LKK EFB P

    vs.

T. FELKER,

    Defendant.                ORDER

_____/

      Plaintiff is a state prisoner without counsel suing under 42 U.S.C. § 1983. Plaintiff requests leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915. This proceeding was referred to the undersigned by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

      Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). He must pay the statutory filing fee of $350 required by 28 U.S.C. §§ 1914(a), 1915(b)(1). Plaintiff must make monthly payments of 20 percent of the preceding month's income credited to his prison trust account. All payments shall be forwarded by the appropriate agency to the Clerk of the Court when amount in plaintiff's account exceeds $10 until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

      The court finds that, for the limited purposes of § 1915A screening, the complaint states a cognizable claim against the Doe defendants and T. Felker. He alleges that overcrowding at

1

1  High Desert State Prison resulted in deliberate indifference to his serious medical needs, that
2  overcrowding resulted in the denial of certain bare necessities of life, and that prolonged
3  lockdowns caused the extended deprivation of time outdoors. *See* 28 U.S.C. § 1915A(b).
4       Accordingly, it hereby is ordered that:
5       1. Plaintiff's request for leave to proceed *in forma pauperis* is granted.
6       2. Plaintiff must pay the statutory filing fee of $350 for this action. All payments shall
7  be collected in accordance with the order to the Director of the California Department of
8  Corrections and Rehabilitation filed concurrently herewith.
9       3. Service is appropriate for defendant T. Felker.
10      4. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an
11 instruction sheet and one copy of the endorsed December 7, 2006, pleading (with any and all
12 attachments).
13      5. Within 30 days from service of this order, plaintiff shall complete the attached Notice
14 of Submission of Documents and submit it to the court with the completed summons and USM-
15 285 form and two copies of the endorsed December 7, 2006, pleading and attachments.
16      6. Upon receipt of the necessary materials, the court will direct the United States
17 Marshal to serve defendant T. Felker pursuant to Federal Rule of Civil Procedure 4 without
18 payment of costs.
19      7. Plaintiff must proceed with haste to discover the identities of and to file an amended
20 complaint naming the unidentified "Doe" defendants.
21 Dated: April 10, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN DEXTER BROOKS,

        Plaintiff,                  No. CIV S-06-2766 LKK EFB P

   vs.

T. FELKER,

        Defendant.              <u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

_____/

       Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

         _1_      completed summons form

         _1_      completed forms USM-285

         _2_      copies of the  <u>December 7, 2006</u>  Complaint

Dated:

                                                              Plaintiff